Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 09 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

PAULA LYNCH

Plaintiff(s)

v.

WAL-MART ASSOCIATES, INC.,

Civil Action No. 20-934 (BAH)

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable BERYL A. HOWELL, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

PAULA LYNCH

take nothing on the complaint against the defendant(s):

WAL-MART ASSOCIATES, INC.,

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: 08/09/2023

By: MARK COATES
Deputy Clerk